

**Christopher W. Healy**
Direct Phone: +1 212 549 0403
Email: chealy@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 27, 2018

**Via ECF**

The Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *Fera Pharmaceuticals, LLC v. Akorn, Inc., et al.*,
> No. 12-cv-07694-LLS

Dear Judge Stanton:

We represent Counterclaim Defendants Perrigo Company of Tennessee and Perrigo Company and write on behalf of, and with the consent of, all parties in the above-referenced action.

The parties have reached an agreement in principle for a global resolution of all claims, including counterclaims, and are working diligently to negotiate, finalize, and execute the documents necessary to effect their agreement. As such, the parties respectfully request that the Court adjourn the current February 20, 2018 trial setting *sine die* and otherwise stay all deadlines in the action in order to allow the parties to focus on finalizing their agreement, which they anticipate doing in a matter of days.

We appreciate the Court's attention to this matter and are available by telephone or in person should the Court require additional information at this time.

Respectfully submitted,

/s/ Christopher W. Healy

Christopher W. Healy


cc:     All Counsel of Record (*Via ECF*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-138693760